**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                                                        **CASE NO.: 2:12-cr-029
JUDGE SMITH
MAGISTRATE JUDGE DEAVERS**

**PATRICK J. HENTOSH,**

    **Defendant.**

## ORDER

On February 27, 2012, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant Patrick J. Hentosh's guilty plea to Count One of the Information charging him with bank fraud in violation of 18 U.S.C. §1344 and Count Two charging him with engaging in a monetary transaction affecting a financial institution that involved criminally derived property valued at greater than $10,000, in violation of 18 U.S.C. § 1957.

Defendant, represented by counsel, waived his right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure. Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure. Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Defendant's plea of guilty to Counts One and Two of the Information. Defendant is hereby adjudged guilty of bank fraud in violation of 18 U.S.C. §1344 and engaging in a monetary transaction affecting a financial institution that involved criminally derived property valued at greater than $10,000, in violation of 18 U.S.C. § 1957.

**IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**